IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Case No: 22 CR 567-2 |
| v. | ) ) ) | Magistrate Judge Jeffrey Cole |
| Hussein Ghzo, | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

Initial appearance and arraignment hearing held on 11/2/22. Defendant was arrested on 11/2/22. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appeared by telephone conference and/or in person today. Defendant informed of his rights and of the charges and the maximum penalties if he were to be convicted. Mr. Raed Shalabi is retained counsel for defendant. Defendant waives formal reading of indictment. Defendant pleads not guilty to each of the counts. A plea of not guilty is entered on all counts. 16.1 Conference by 11/9/22. Pretrial motions by 11/23/22. Responses by 11/30/22. Status hearing set before Judge Leinenweber on 11/30/22 at 9:00am. The dial in number is 888-684-8852 access code 9582710#. Agreement between Government, Pretrial and Defense counsel for conditions relating to Mr. Hussein Ghzo's release were approved by the Court. The Court enters order setting conditions of release, subject to all conditions set forth on page 2 and 3, including an unsecured bond of $4,500.00. The Government's emailed request dated 11/2/22 at 2:17pm to unseal the case is granted. Without objection, the Government's oral motion to exclude time is granted. Time excluded under from 11/2/22 to 11/30/22 in order to allow counsel reasonable time for effective preparation. (X-T). Defendant shall be released after processing.

(T:05)

Date: 11/2/22

_____
Honorable Jeffrey Cole
United States Magistrate Judge